UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

KATHERINE SCOTT WEBB,   Case No. 14-40405-KKS
　　　　　　　　　　　　　Chapter 7
　　　Debtor.
_____/

## MOTION OF CREDITOR, CAPITAL CITY BANK, TO MODIFY STAY

Creditor, Capital City Bank ("Bank"), by and through its undersigned counsel and pursuant to the provisions of 11 U.S.C. Section 362(d)(2), moves the Court to modify the stay on a parcel of real estate which was imposed by 11 U.S.C. Section 362(a) upon the filing of the voluntary petition under Chapter 7 of the Bankruptcy Code by the Debtor, Katherine Scott Webb, ("Debtor"), and as grounds therefor, states as follows:

1. Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on July 18, 2014.

2. Bank is a party in interest to this proceeding.

3. The Bankruptcy Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Section 1471 and 11 U.S.C. Section 362.

4. As of July 18, 2014, the date of filing of the Debtor's voluntary petition under Chapter 7 of the Bankruptcy Code, Bank was the holder of a secured claim against Debtor.

5. On or about April 29, 2008, the Debtor executed an Adjustable Rate Note in the original principal amount of $299,000.00 and delivered it to the Bank (the "Note"). A true and correct copy of the Note is attached hereto as Exhibit "A" and by reference made a part hereof.

6. Debtor acknowledged the Note is secured by a Mortgage executed by her and her husband, Thomas Collins Webb, dated April 29, 2008, which was recorded as Document

Number 20080032728 in the Official Records of Leon County, Florida on a parcel of property owned by the Debtor and her husband, Thomas Collins Webb, located at 1626 Garden Park Lane, Tallahassee, Florida 32308 (the "Property") and more fully described in the legal description attached hereto as Exhibit B and fully incorporated herein. A true and correct copy of the Mortgage is attached hereto as Exhibit "C" and by reference made a part hereof.

7. On December 16, 2009, the Debtor and her husband executed and delivered to the Bank a Loan Modification Agreement modifying certain terms of the Note and Mortgage but otherwise leaving the original Note and Mortgage unaltered and in full force and effect. A true and correct copy of the Loan Modification Agreement is attached hereto as Exhibit "D" and by reference made a part hereof.

8. Debtor defaulted under the terms of the Note and Loan Modification Agreement by failing to make monthly payment due no later than February 16th, 2014 and each subsequent monthly payment thereafter.

9. Capital City Bank has not received any payments on the Note and Loan Modification Agreement from the Debtor, or otherwise, subsequent to the default. Debtor owes the Bank the principal amount of $284,147.27 on the Note and Loan Modification Agreement, plus late fees, interest through the date of the petition, and other sums expended for which Debtor is liable pursuant to the terms of the Note

10. Based upon the appraisal prepared by the Leon County Property Appraiser, the Property has a fair market value of $214,312.00. A copy of the appraisal is attached as Exhibit "E" and by reference made a part hereof.

11. Based upon the current balance due to the Bank ($284,147.27) and the appraised value of the Property ($214,312.00), there is not any equity in the Property for the bankruptcy

2

estate. In addition, the Property is not necessary for an effective reorganization, and the Debtor in her schedules indicated her intention to surrender the Property to the Bank.

12. Bank is entitled to a lifting of the automatic stay imposed by Section 362(a) of the Bankruptcy Code. If Bank is not permitted to recover the Property, it will suffer irreparable injury, loss and damage.

13. Bank, by this motion, is seeking to take action against the Property only, and does not seek permission to seek or obtain *in personam* relief against the Debtor.

14. Bank asserts that sufficient cause exists to waive the stay of Fed. R. Bkr. P. 4001(a)(3), therefore allowing the Order to be effective upon entry by the Court.

WHEREFORE, the Creditor, CAPITAL CITY BANK, respectfully requests that this Court enter its Order modifying the automatic stay imposed by 11 U.S.C. Section 362 in order to permit said creditor to foreclose its mortgage, accept a deed in lieu of foreclosure or otherwise liquidate and sell the parcel of real estate specifically described herein, and to apply the proceeds therefrom to payment of the indebtedness owed to said Bank by the Debtor; waiving the 14-day stay requirement of Federal Rule of Bankrutpcy Procedure 4001(a)(3); and granting such other and further relief as this Court deems just and proper.

DATED this 30th day of July, 2014.

Respectfully submitted,

Kevin A. Forsthoefel
Florida Bar No.: 92382
kforsthoefel@ausley.com
Ausley & McMullen
123 South Calhoun Street (32301)
Post Office Box 391
Tallahassee, Florida 32302
(850) 224-9115
ATTORNEY FOR CAPITAL CITY BANK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF Electronic system to Thomas B. Woodward (woodylaw@embarqmail.com); Sherry Chancellor (sherry.chancellor@yahoo.com); U.S. Trustee (USTPRegion21.TL.ECF@usdoj.gov); and via First Class U.S. Mail to Katherine Scott Webb, PO Box 995, Tallahassee, FL 32302 on this ____30th____ day of July, 2014.

Kevin A. Forsthoefel

h:\kaf\ccb\ccb - webb, katherine\pleadings\webb - motion for stay relief.doc

4