## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

IN RE:

                                **Case Number:  14-40405-KKS**

**KATHERINE SCOTT WEBB,**

    **Debtor.**                              **CHAPTER 7**

_____/

### CONSENT MOTION FOR RELIEF FROM THE AUTOMATIC STAY

FARMERS & MERCHANTS BANK ("Bank"), by and through its undersigned counsel, hereby moves the Court, pursuant to Federal Rules of Bankruptcy Procedure 4001 and 9014 to lift the automatic stay imposed by 11 U.S.C. Section 362(a) for cause under 11 U.S.C. Section 362(d), and in support of its motion states:

1. Debtor filed for relief under Chapter 7 of the Bankruptcy Code on July 18, 2014.

2. The Court has jurisdiction of this matter pursuant to 28 U.S.C. Section 157(b)(2)(A), (b)(2)(G) and 1334.

3. The real property subject to this motion is identified in Exhibit "A."

4. Bank is a secured creditor of the Debtor, Katherine Scott Webb, by virtue of a Note dated December 28, 2007, in the original principal sum of $366,070.12 (the "Note"). The Note was secured by a Mortgage, recorded on January 2, 2008, in ORB 3807, Page 830, of the Public Records of Leon County, Florida. A copy of the Note and Mortgage are attached hereto and made a part hereof as Exhibit "B" and "C" respectively .

5. Bank initiated a foreclosure action in Leon Circuit Court, case number 2014-CA-000381. A Motion for Summary Judgment is pending for August 26, 2014.

5.   Bank perfected its security interest by causing the mortgage to be recorded in the public records of Leon County, Florida, in Official Records Book 3807, at Page 830, on January 2, 2008.

6.   The Debtor has defaulted under the Note and Mortgage by failing to make the scheduled payment that was due October 20, 2013, and all subsequent payments due thereafter.

7.   The current value of the property is approximately $34,200.00, according to the appraised value of the property by Bert Hartsfield, CFA, Leon County Property Appraiser. Please see Exhibit "D."

8.   Bank respectfully requests this Court enter an order granting Bank full relief from the automatic stay to proceed with a foreclosure action on the property in State Court. In support of granting full stay relief, Bank states that the property is not necessary for the Debtor's effective reorganization, and there is no equity in the property for the benefit of the Debtor's creditors.

9.   Bank will suffer irreparable damage and will be left with inadequate security for its debt if this court does not grant relief from the automatic stay with respect to its rights in the property.

10.   Bank, by this motion, is seeking to take *in rem* action against the property only and does not seek permission to obtain *in personam* relief against the Debtor.

WHEREFORE, FARMERS & MERCHANTS BANK, respectfully requests this Honorable Court enter an Order granting Farmers & Merchant's Bank, relief from the automatic stay in order to permit said creditor to either foreclose its mortgage, or accept a deed in lieu of foreclosure, and sell the property described herein, and to apply the proceeds

therefrom to payment of the indebtedness owed to the Bank by the Debtor; waiving the 14-day stay requirement of Federal Rule of Bankruptcy Procedure 4001(a)(3); and for such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 13TH day of August, 2014.

__/s/_ Ethan Andrew Way_____
Ethan Andrew Way, B.C.S.
Florida Bar Number: 148199
**GILLIS WAY & DUNCAN LLP**
207 West Park Avenue
Tallahassee, Florida 32301
Tel:    (850) 412-0142
Fax:    (850) 412-0008

e-mail: ethan@waylawfirm.com

CONSENTED:

SHERRY CHANCELLOR
Trustee

THOMAS B. WOODWARD
Counsel for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been furnished by electronic transmission to all parties of interest on the Court's mailing matrix this 13 day of August 2014.

__/s/_ Ethan Andrew Way_____
Ethan Andrew Way, B.C.S.