**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE  DIVISION**

IN RE: Webb, Katherine                               Case No. 14-40405TLH4
                                                     Chapter 7
_____/

## REPORT AND NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

TO:    Debtor(s), Creditors and Parties in Interest

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**Pursuant to Local Rule 2002-2, the Court will consider this motion, objection or other matterwithout further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper.  If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 110 E. Park Avenue, Tallahassee, Florida 32301, and serve a copy on the movant's attorney, SHERRY F. CHANCELLOR, 619 WEST CHASE STREET, PENSACOLA, FLORIDA 32502**

**If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, and will proceed to consider the paper without further notice or hearing and may grant the relief requested.**

NOTICE IS HEREBY GIVEN that the Trustee/debtor-in-possession intends to sell the following property of the estate of the Debtor(s), under the terms and conditions set forth below:

1. **Description of Property**: Equity in law practice less lien $11,000.00.

2. **Manner of Sale**:   Private ( X )*      Public Auction (  )

3. **Terms of Sale**:  Private sale to Katherine Webb, the debtor, for the sum of $11,000.00 payable in eleven equal monthly payments of $1,000.00 with the first payment being due September 15, 2014 and each month thereafter until paid in full.

   * (Applicable to private sales only)  The trustee will entertain higher bids for the purchase of the assets of the debtor(s) which the trustee proposes to sell.  Such bids must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price.  Any higher bid must be received by the trustee at the address listed below no later than the close of business on September 24, 2014.

 If no objection is filed, the sale described above will take place.

DATED: 09/3 /14              /s/ Sherry Fowler Chancellor,_____
                             SHERRY FOWLER CHANCELLOR, Trustee
Mailed 09/3/14               619 W. Chase Street, PENSACOLA, FL 32502
                             (850) 436-8445

Copies mailed to all parties listed on the attached Court's mailing matrix on Sept 3, 2014 by V. Mokrenko

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-4<br>Case 14-40405-KKS<br>Northern District of Florida<br>Tallahassee<br>Tue Sep  2 09:40:09 EDT 2014 | Capital City Bank<br>2111 North Monroe Street<br>Tallahassee, FL 32303-4729 | Farmers and Merchants Bank<br>c/o Gillis Way & Duncan, LLP<br>Attn: Ethan Andrew Way<br>Post Office Box 10017<br>Tallahassee, FL 32302-2017 |
| Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Secretary of the Treasury<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 | U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301-7736 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 |
| Acs/Access Grp<br>501 Bleecker St<br>Utica, NY 13501-2401 | Aes/Slm Trust<br>1200 N 7th St<br>Harrisburg, PA 17102-1419 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Capital City Bank<br>2111 N Monroe St<br>Tallahassee, FL 32303-4729 |
| Capital City Bank<br>PO Box 900<br>Tallahassee, FL 32302-0900 | Colondy, Fass, Talenfeld, Karlinsky<br>Attn: Michael Colondy, Esq.<br>One Financial Plaza, 23rd Floor<br>100 SE 23rd Ave.<br>Fort Lauderdale, FL 33316-3404 | Doris Maloy, Leon County Tax Collector<br>Attn: Tax Administration Department<br>Post Office Box 1835<br>Tallahassee, FL 32302-1835 |
| Ethan A. Way, Esq<br>P O Box 10017<br>Tallahassee, FL 32302-2017 | Farmers & Merchants Bank<br>P O Box 340<br>Monticello, FL 32345-0340 | Farmers and Merchants Bank<br>c/o Ethan Andrew Way, B.C.S.<br>Post Office Box 10017<br>Tallahassee, FL 32302-2017 |
| Hancock Bank<br>Recovery Department<br>P O Box 4019<br>Gulfport, MS 39502-4019 | James M. Donohue<br>Ausley & McMullen, P.A.<br>Post Office Box 391<br>Tallahassee, FL 32302-0391 | Keith L. Bell, Esq.<br>106 East College Ave., Ste. 600<br>Tallahassee, FL 32301-7721 |
| T. Collins Webb<br>210 Chippy's Drive<br>Tallahassee, FL 32312 | United States Trustee<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 | Whitney/Hancock Bk<br>111 S Monroe St<br>Tallahassee, FL 32301-1536 |
| Whitney/Hancockbk/Dmi<br>1 Corporate Dr Ste 360<br>Lake Zurich, IL 60047-8945 | Katherine Scott Webb<br>P O Box 995<br>Tallahassee, FL 32302-0995 | Sherry Chancellor<br>Law Office of Sherry F. Chancellor<br>619 West Chase St.<br>Pensacola, FL 32502-4711 |

Thomas B. Woodward
Thomas B. Woodward, Atty.
P.O. Box 10058
Tallahassee, FL 32302-2058

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Securities & Exchange Commission
Branch of Reorganization
3475 Lenox Rd., N.E. Suite 100
Atlanta, GA 30326-1323

American Honda Finance
P O Box 1027
Alpharetta, GA 30009

(d)American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088
866-716-6441

Bk Of Amer
4161 Piedmont Pkwy
Greensboro, NC 27410

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30