UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

KATHERINE SCOTT WEBB,                           Case No. 14-40405-KKS
                                                Chapter 7
      Debtor.
_____/

**AMENDED REPORT AND NOTICE OF TRUSTEE'S
INTENTION TO ABANDON PROPERTY OF THE ESTATE[1]**

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> **Pursuant to Local Rule 2002-4, the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court, United States Bankruptcy Court, Northern District of Florida, 110 E. Park Ave., Suite 100, Tallahassee, FL 32301, and a copy of same shall be served upon Sherry Chancellor, Ch. 7 Trustee, 619 West Chase Street, Pensacola, Florida 32502; and any other appropriate persons.**
>
> **If you file and serve an appropriate objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file and serve an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, and will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

TO:   Debtors, Creditors, and Parties in Interest

NOTICE IS HEREBY GIVEN that the Trustee intends to abandon the following property of the estate:

| Item No. | Property Description | Lienholder's Name & Address | Amount of Secured Claim | Fair Market |
|---|---|---|---|---|
| 1 | 1628 Garden Park Lane, Tallahassee, Florida 32308* | Capital City Bank Post Office Box 900 Tallahassee, FL 32302 | $284,147.27 | $214,312.00 |

*Leon Co. Property Appraiser Parcel No. 1120160000370 and more particularly described as follows:

---

[1] Amended to reflect the proper street address for the subject property which was incorrectly identified as 1626 Garden Park Lane in the original Notice of Abandonment filed on July 30, 2014. (Doc. 19).

LOT 37, TOWNSHIP ONE NORTH:

Commence at the Northeast corner of the Northwest Quarter of Section 29, Township 1 North, Range 1 East, Leon County, Florida (Also the Northeast corner of Lot 1, Block "D", Betton Oaks Unit No. 2, Plat Book 8, Page 50), thence run North 00 degrees 09 minutes 54 seconds West a distance of 193.54 feet, thence run North 89 degrees 28 minutes 46 seconds East a distance of 215.00 feet, thence run North 89 degrees 28 minutes 46 seconds East a distance of 88.61 feet, thence run North 89 degrees 39 minutes 50 seconds East a distance of 99.96 feet, thence run South 89 degrees 52 minutes 48 seconds East a distance of 100.00 feet, thence run North 00 degrees 34 minutes 29 seconds West a distance of 265.24 feet, thence run North 89 degrees 52 minutes 28 seconds East a distance of 83.35 feet, thence run North 00 degrees 21 minutes 15 seconds West a distance of 193.07 feet, thence run North 00 degrees 28 minutes 22 seconds West a distance of 48.22 feet to a concrete monument (#1254), thence run North 00 degrees 21 minutes 51 seconds West a distance of 48.23 feet to a concrete monument (#1254), thence run South 88 degrees 53 minutes 55 seconds West a distance of 114.89 feet to a concrete monument (#1254), thence run South 88 degrees 53 minutes 21 seconds West a distance of 49.95 feet to a concrete monument (#1254) and the POINT OF BEGINNING. From said POINT OF BEGINNING thence run South 00 degrees 25 minutes 03 seconds East a distance of 100.04 feet to a concrete monument (#1254), thence run South 88 degrees 51 minutes 21 seconds West a distance of 50.16 feet to a concrete monument (#1254), thence run North 00 degrees 19 minutes 21 seconds West a distance of 100.04 feet to a concrete monument (#1254), thence run North 88 degrees 51 minutes 32 seconds East a distance of 50.00 feet to the POINT OF BEGINNING.

Said property is being abandoned for the following reasons:

1)   The secured creditor holds a valid, perfected security interest on the property and the balance due exceeds the fair market value of the property, or

2)   The property is worthless and unsalable.

3)   The cost of preservation and cost of sale of the property is greater than the price which could be realized from liquidation of same.

DATED:  September 9, 2014              /s/ Sherry Chancellor
                                       Sherry Chancellor
                                       Chapter 7 Trustee
                                       Law Office of Sherry F. Chancellor
                                       619 West Chase Street

                                                    Pensacola, FL  32502
                                                    (850) 436-8445
                                                    sherry.chancellor@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF Electronic system to Thomas B. Woodward (woodylaw@embarqmail.com); Sherry Chancellor (sherry.chancellor@yahoo.com); U.S. Trustee (USTPRegion21.TL.ECF@usdoj.gov); and via First Class U.S. Mail to Katherine Scott Webb, PO Box 995, Tallahassee, FL  32302 on this  9th day of September, 2014.

                                            */s/ Kevin A. Forsthoefel*
                                            Kevin A. Forsthoefel
                                            Attorney for Capital City Bank