UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

        Case Number:  14-40405-KKS

**KATHERINE WEBB,**

    **Debtor.**                        CHAPTER 7

_____/

## OBJECTION TO REPORT AND NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE (DOC. 33)

COMES NOW, FARMERS AND MERCHANTS BANK, a creditor in the above referenced action, and objects to the Report and Notice of Intent to Sell Property of the Estate filed by the Trustee (Doc. 33) and states as follows:

1. Farmers and Merchants Bank (hereinafter "FMB") is a creditor herein.
2. Debtor has agreed to purchase back from the Estate her 5% ownership interest in the law firm of Colodny, Fass, Taleefeld, Karlinsky, Abat and Webb (hereinafter "law firm"), for $11,000.00.   This amount represents a reduction in value based upon a lien due to the law firm.
3. Debtor has valued her interest in the law firm at approximately $33,000.00.
4. FMB notes the law firm has offices in Tallahassee and Ft. Lauderdale, employs over 25 lawyers and maintains a governmental relations practice that includes a former Florida Cabinet member.[1]
5. Based on the limited information provided to FMB thus far, and without adequate inspection of financial records of the law firm, FMB is suspicious of the valuation of this asset based on it's own experience in finance and lending to small and medium sized law firms.
6. FMB believes a public auction will present more funds of administration by the estate.
7. FMB objects to the Report and Notice (Doc. 33) as presented.
8. FMB respectfully requests this Honorable Court inquire into these matters.

RESPECTFULLY SUBMITTED this 22nd day of September 2014.

---

[1] www.cftlaw.com

**GILLIS WAY & DUNCAN LLP**

/s/ Ethan Andrew Way
Ethan Andrew Way, Esquire
Florida Bar Number:  148199
Post Office Box 10017
Tallahassee, FL 32302
Tel:    (850) 412-0142
Fax:    (850) 412-0008
e-mail:  eway@gillisway.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission to the parties registered on the CM/ECF system on the date this document was filed with the Court.

A copy has been mailed, by US First Class Mail, postage prepaid, to Ms. Sherry Chancellor, Trustee, 619 W. Chase Street, Pensacola, FL 32502.

*PLEASE NOTE:  For verification of the date of service, please check the docket entry for this document.*

/s/ Ethan Andrew Way
Ethan Andrew Way, B.C.S.