**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In Re: **WEBB, KATHERINE**  Case No.: 14-40405TLH4
　　　　Debtor  Chapter:　7
_____//

**RESPONSE TO OBJECTION (Docket #36) TO REPORT AND NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE (Docket #33)**

　　**COMES NOW,** the Trustee, **SHERRY F. CHANCELLOR,** and files this her Response to Objection (Docket #36) to Report and Notice of Intent to Sell Property of the Estate (Docket #33) and says as follows:

　　1.　The Notice to which the Creditor objects relates to the sale of the Debtor's 5% ownership interest in a law practice.

　　2.　The sale of a law practice is governed by the Rules Regulating the Florida Bar, specifically, Rule 4-1.17.

　　3.　The Rule provides that only a lawyer or law firm may purchase an interest in a law practice and it must be the practice in its entirety or an entire area of practice.

　　4.　The sale noticed by the Trustee is not the sale of the entire practice or an entire area of the practice, it is the sale to the Debtor of her nominal ownership interest in the firm. Therefore, it is not an interest that can be sold to another party under Rule 4-1.17.

　　5.　Furthermore, if it were possible to sell the Debtor's interest in the law practice to a third party, the Rules Regulating the Bar require that notice of the proposed sale be sent to all clients of the practice by certified mail. The notice must inform the clients of their right to seek new counsel or to substitute the purchaser as their attorney. This requirement poses potential problems for the bankruptcy estate. The time and costs related to the noticing could be overly burdensome to the estate. Another issue is the the right to confidentiality of those clients

that must be taken into consideration. Finally, in all cases in the practice or area of practice that have pending litigation, the Rule requires that there be a Court Order approving the substitution of counsel. The time and costs associated with the requirement to obtain an Order in each applicable case would be overly burdensome to the estate.

6. The Bar points out in its comments relating to the rule that, "The practice of law is a profession, not merely a business. Clients are not commodities that can be purchased and sold at will." The sale noticed by the Trustee is not the typical sale of an asset that can be sold at will. Under the proposed sale, the estate is receiving a substantial benefit that, under the terms of the sale, under the Rules Regulating the Florida Bar, it might not otherwise receive.

7. As a public auction of the Debtor's interest in the law practice is impossible under the Rules Regulating the Florida Bar, the Objection (Docket #36) of the Creditor, Farmers and Merchants Bank, should be overruled and the Court should deny the relief sought accordingly.

**WHEREFORE,** the Trustee respectfully prays that this Court will enter an Order and therein to overrule the Objection (Docket #36) of the Creditor, Farmers and Merchants Bank and grant any and further relief that this Court may deem just and proper.

Respectfully submitted this the 24th day of September 2014.

>  **/s/SHERRY F. CHANCELLOR**
>  **SHERRY F. CHANCELLOR**
>  619 West Chase Street
>  Pensacola, Florida 32502
>  850-436-8445
>  Florida Bar # 434574
>  sherry.chancellor@yahoo.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to Katherine

Webb, c/o Thomas Woodward, PO Box 10058, Tallahassee, Florida 32302, Farmers and Merchants Bank, c/o Ethan Way, PO box 10017, Tallahassee, Florida 32302 and all other parties in interest electronically or by U.S. Mail this the 24th day of September 2014.

                                        **/s/SHERRY F. CHANCELLOR**
                                        **SHERRY F. CHANCELLOR**
                                        619 West Chase Street
                                        Pensacola, Florida 32502
                                        850-436-8445
                                        Florida Bar # 434574
                                        sherry.chancellor@yahoo.com