## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-40405TLH4 KKS  
**Case Name:** Webb, Katherine Scott  
**Period Ending:** 12/31/14  

**Trustee:** (290720)   SHERRY CHANCELLOR  
**Filed (f) or Converted (c):** 07/18/14 (f)  
**§341(a) Meeting Date:** 08/25/14  
**Claims Bar Date:** 11/26/14  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2.3 acres Midyette Road, Tallahassee, FL | 150,000.00 | 0.00 | | 0.00 | FA |
| 2 | 4114 Forsyeth Way, Tallahassee, FL, Rental Prope | 240,000.00 | 0.00 | | 0.00 | FA |
| 3 | 1628 Garder Park Way, Tallahassee, FL, Rental Pr<br>    agreed to abandonment twice as first one had typo | 284,147.00 | 0.00 | | 0.00 | 3,588.38 |
| 4 | 1618 Cross Point Way, Tallahassee, FL, Rental Pr | 280,000.00 | 0.00 | | 0.00 | FA |
| 5 | cash | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Checking: Farmers & Merchants Bank Checking: Far | 4,800.01 | 0.00 | | 0.00 | FA |
| 7 | , sofa, 2 end tables, chair & ottoman, , wooden | 2,250.00 | 0.00 | | 0.00 | FA |
| 8 | clothes | 300.00 | 0.00 | | 0.00 | FA |
| 9 | misc. jewelry (gold 14c) | 250.00 | 0.00 | | 0.00 | FA |
| 10 | camera (point and shoot) | 50.00 | 0.00 | | 0.00 | FA |
| 11 | whole life Estimated cash value | 15,529.63 | 0.00 | | 0.00 | FA |
| 12 | 401K/ Securian IRA | 206,500.00 | 0.00 | | 0.00 | FA |
| 13 | Colodny, Fass, Taleefeld, Karlinksky, Abat & Web | 33,000.00 | 11,000.00 | | 4,000.00 | 7,000.00 |
| 14 | 17% membership Webb Deversified, LLC Recently un | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 2013 Tax Refund amount unkown | 1.00 | 0.00 | | 0.00 | FA |
| 16 | 2 cats/ rescue | 20.00 | 0.00 | | 0.00 | FA |
| 17 | portion of 2014 tax refund<br>    this is a placeholder value to avoid unknown- the<br>    amount WILL change when return received | 0.00 | 1.00 | | 0.00 | 1.00 |

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 2

**Case Number:** 14-40405TLH4 KKS  
**Case Name:** Webb, Katherine Scott  

**Period Ending:** 12/31/14

**Trustee:** (290720)   SHERRY CHANCELLOR  
**Filed (f) or Converted (c):** 07/18/14 (f)  
**§341(a) Meeting Date:** 08/25/14  
**Claims Bar Date:** 11/26/14

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 18   possible preference/fraudulent transfer | 25,000.00 | 25,000.00 | | 0.00 | 25,000.00 |
| 18   **Assets**   **Totals**  (Excluding unknown values) | **$1,241,897.64** | **$36,001.00** | | **$4,000.00** | **$35,589.38** |

**Major Activities Affecting Case Closing:**

11,000.00 note for interest in law firm (equity)- to be paid by Sept 2015; portion of 2014 tax refund and possible preference/fraudulent transfer.  settlement objected to by creditor -hearing set for January 2015.

12/4/14 - Letter to SE Holdings with Demand on transfer; email to Woodward re: valuation of stock in law firm and Email to K. Forsthoefel re: rents for August 2014 . DAH

**Initial Projected Date Of Final Report (TFR):** October 10, 2014    **Current Projected Date Of Final Report (TFR):** February 1, 2015

_____  
January 23, 2015  
Date

/s/ SHERRY CHANCELLOR  
_____  
SHERRY CHANCELLOR

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-40405TLH4 KKS
**Case Name:** Webb, Katherine Scott

**Taxpayer ID #:** **-***9764
**Period Ending:** 12/31/14

**Trustee:** SHERRY CHANCELLOR (290720)
**Bank Name:** Rabobank, N.A.
**Account:** ******8266 - Checking Account
**Blanket Bond:** $10,276,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/22/14 | {13} | Debtor | payment | 1129-000 | 1,000.00 | | 1,000.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 990.00 |
| 10/16/14 | {13} | Debtor | payment | 1129-000 | 1,000.00 | | 1,990.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,980.00 |
| 11/19/14 | {13} | Debtor | payment | 1129-000 | 1,000.00 | | 2,980.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,970.00 |
| 12/29/14 | {13} | Debtor | payment | 1129-000 | 1,000.00 | | 3,970.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,960.00 |

|  | ACCOUNT TOTALS | 4,000.00 | 40.00 | $3,960.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 0.00 | |
|  | **Subtotal** | **4,000.00** | **40.00** | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$4,000.00** | **$40.00** | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 14-40405TLH4 KKS | **Trustee:** | SHERRY CHANCELLOR (290720) |
| --- | --- | --- | --- |
| **Case Name:** | Webb, Katherine Scott | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******8266 - Checking Account |
| **Taxpayer ID #:** | **-***9764 | **Blanket Bond:** | $10,276,000.00   (per case limit) |
| **Period Ending:** | 12/31/14 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- | --- |
| | Checking # ******8266 | 4,000.00 | 40.00 | 3,960.00 |
| | | $4,000.00 | $40.00 | $3,960.00 |

{} Asset reference(s)

Printed: 01/23/2015 11:41 AM    V.13.20